◼ In the Matter of ROBERT B. SCHULTZ, an Attorney, Resignor. [984 NYS2d 282]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Jan. 22, 2014.)

◼ In the Matter of TIMOTHY R. KROGH, an Attorney, Resignor. [984 NYS2d 282]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Jan. 30, 2014.)

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL McKINNEY, Appellant. [984 NYS2d 282]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley, Sconiers and Whalen, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK D'ANTUONO, Appellant. [984 NYS2d 282]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Lindley, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX NANCE, Appellant. [984 NYS2d 282]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. GRIFFIN, Appellant. [984 NYS2d 282]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.